AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

LARRY LOGES,

      Plaintiff,

      v.

CITY OF PROCESSER, et al.,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-5079-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff is hereby awarded $49,815.50 in attorneys fees, plus $1,670.50 in costs, for a total Judgment in favor of Plaintiff of $51,486.00. Post-judgment interest shall accrue at a rate of .22% per annum.

December 13, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb